MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___MITCHELL CUPP_____ CASE NO. 3:11-cr-00096-02-RRB
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____SUZANNETTE DAVID/MATTHEW KIMBALL___

UNITED STATES' ATTORNEY:_____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY:_____DANEE PONTIOUS_____

U.S.P.O.:_____CHARLENE HENSEL_____

PROCEEDINGS: IMPOSITION OF SENTENCE HELD OCTOBER 11, 2012:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

_X_Notice of Appeal form given to defense counsel.

_X_Court accepted plea agreement.

_X_Court stated findings/reasons pursuant to sentencing
   guidelines.

_X_Imprisonment for a period of __27 months on each of Counts 1_
   and 2 of the Indictment; such terms to be served concurrently.

_X_Defendant placed on supervised release for a period of _3_
   years on each of Counts 1 and 2; such terms to run
   concurrently under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

_X_Special Assessment $_200.00_, due immediately.

_X_Restitution $_25,435.57_, to be paid __as stated in the_____
   judgment.

_X_Defendant remanded to the custody of the U.S. Marshal.

_X_Court advised the defendant appeal rights have been waived.

_X_Payment coupon given to defendant.

At 9:33 a.m. court adjourned.


DATE:_____October 11, 2012_____ DEPUTY CLERK'S INITIALS:___SCD___

Revised 6/18/07